UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER AXELSON, | |
| Plaintiff, | Case No. 2:11-cv-01827-RCJ-GWF |
| vs. | **ORDER** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |

This matter is before the Court on Defendant's failure to file a Statement in Removal. The Minutes of the Court (#3) dated November 14, 2011, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendant has not complied. Accordingly,

**IT IS ORDERED** counsel for Defendant shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **December 22, 2011**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 12th day of December, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge