# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTHER AXELSON, | ) |
| Plaintiff, | ) Case No. 2:11-cv-01827-RCJ-GWF |
| vs. | ) **ORDER** |
| HARTFORD INSURANCE COMPANY OF THE MIDWEST, | ) |
| Defendant. | ) Dated: August 5, 2013 |

THE HONORABLE   George Foley, Jr.   UNITED STATES MAGISTRATE JUDGE

JUDICIAL ASSISTANT: Julia Wright     RECORDER:   None

COUNSEL FOR PLAINTIFF(S)   :     None Appearing

COUNSEL FOR DEFENDANT(S)   :     None Appearing

MINUTE ORDER IN CHAMBERS :   Re: Hartford's Counter-Motion for Sanctions - #61

**IT IS ORDERED** Defendant Hartford's Counter-Motion for Sanctions (#61) filed June 19, 2013 is **denied**.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE